## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

CHARLES WASHINGTON,
    *Petitioner*,

v.

No. 3:20-cv-729 (JAM)

WARDEN,
    *Respondents*.

## ORDER TO SHOW CAUSE

Upon the petition of Charles Washington it is hereby

**ORDERED** that respondents file a response by June 8, 2020 showing why the relief prayed for in the petitioner's submission, liberally construed as a writ of habeas corpus, should not be granted, and it is

**ORDERED** that the Clerk serve this petition by delivering a copy of this order and a copy of the petition and all attachments to respondents' representative, John B. Hughes, Chief of the Civil Division, United States Attorney's Office for the District of Connecticut, on or before June 1, 2020.

It is so ordered.

Dated at New Haven this 29th day of May 2020.

                                              /s/ *Jeffrey Alker Meyer*
                                              Jeffrey Alker Meyer
                                              United States District Judge